IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAJAMUL HASAN and N FAMILY INC, an Illinois Corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>VILLAGE OF SCHAUMBURG, and THOMAS FARACE, TIMOTHY OSTERMAN, and J. CHRISTOPHER HUFF, individually and in their official capacities,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY DEMANDED<br>) |

**08 C 774**

**JUDGE LEFKOW
MAGISTRATE JUDGE VALDEZ**

## COMPLAINT

# EXHIBITS A-B

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364

TO WHOM IT CONCERNS:

Please be advised that we would like to relocate our rent a car business (U-SAVE AUTO RENTAL) to 825 W Wise Road, Schaumburg.

Currently, we are operating our business from a strip mall located at 331B W. Golf Road, Schaumburg and facing innumerous problems. The owner of the strip mall has moved our business from 351 to 331B location and now again giving us indication that one of our neighbors is looking to expand their retail rental space and our business have to be moved again from Golf Point Plaza.

We are also unable to buy and sell our cars at the auction without a dealer license as we do not have an independent parking lot and a stand alone building which is a requirement for a dealer license.

Therefore, we have decided to purchase the stand alone building located at 825 W. Wise Road and move our rent a car business. By doing so we will be able to acquire a dealer license and sell and buy cars at a wholesale rate at the auctions, once in a while sell our cars to our retail customers if they happen to like our car and would like to purchase directly from us.

We are planning to operate a Auto Rental/Sales/Lease business from this location although our major business currently would be renting cars.

Sincerely,
Naj Hasan
Franchise Owner



EXHIBIT A

ALL TRADES MUST
NOTIFY BUILDING
DEPT. FOR INSPECTION
24 HRS. IN ADVANCE

U-SAVE
AUTO-RENTAL
847-923-9401

WISE MOTORS
USED CAR DEALER

VILLAGE OF SCHAUMBURG
Approved for Installation

8-5-05

EXHIBIT
B