IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAJAMUL HASAN and N FAMILY INC, an Illinois Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF SCHAUMBURG, and THOMAS FARACE, TIMOTHY OSTERMANN, and J. CHRISTOPHER HUFF, individually and in their official capacities, <br><br> Defendants. | NO. 08 C 774 <br><br> Judge LEFKOW <br><br> Magsitrate Judge VALDEZ <br><br> JURY DEMANDED |

## NOTICE OF FILING

TO:　Mr. Timothy Ostermann
　　　Community Development Department
　　　Village of Schaumburg
　　　101 Schaumburg Court
　　　Schaumburg, IL 60193-1881


**PLEASE TAKE NOTICE** that on the 11th day of February 2008, we filed the attached WAIVER OF SERVICE OF SUMMONS in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　/s/ Arthur R. Ehrlich
　　　　　　　　　　　　　　　　GOLDMAN & EHRLICH


## PROOF OF SERVICE

I, Arthur R. Ehrlich, an attorney on oath, state that I served this notice by mailing a copy to TIMOTHY OSTERMAN at the above address and depositing the same in the U.S. mail at 19 South LaSalle Street, Chicago, Illinois 60603, at or about 5:00 p.m. on February 11, 2008, with proper postage prepaid.

　　　　　　　　　　　　　　　　/s/ Arthur R. Ehrlich

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06187364