**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>NAJAMUL HASAN and N FAMILY INC.<br>v.<br>VILLAGE OF SCHAUMBURG, THOMAS FARACE,<br>TIMOTHY OSTERMAN and J. CHRISTOPHER HUFF | Case Number: 08 C 774<br>Judge Lefkow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Schaumburg, Thomas Farace, Timothy Osterman and J. Christoper Huff

| |
|---|
| NAME (Type or print)<br>Jack M. Siegel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jack M. Siegel |
| FIRM<br>Holland & Knight LLP |
| STREET ADDRESS<br>131 S. Dearborn Street |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02599988 | TELEPHONE NUMBER<br>312-578-6530 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |