IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAJAMUL HASAN and N FAMILY INC., an Illinois Corporation, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) 08 C 774 ) |
| VILLAGE OF SCHAUMBURG, and THOMAS FARACE, TIMOTHY OSTERMAN, and J. CHRISTOPHER HUFF, individually and in their official capacities, | ) JUDGE NORGLE ) ) ) ) ) ) |
| Defendants. | ) |

NOTICE OF CHANGE OF ADDRESS

To: Arthur R. Ehrlich
Goldman & Ehrlich
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

PLEASE TAKE NOTICE that effective April 1, 2008, the address of Iain D. Johnston will be:

IAIN D. JOHNSTON
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
312/341-3900
FAX: 312/341-0700
E-mail: ijohnston@johnstongreene.com

_____s/ Iain D. Johnston_____
IAIN D. JOHNSTON

Iain D. Johnston
Bar Number 6204667
Holland & Knight LLP
131 S. Dearborn Street
Chicago, IL 60603
312/578-6577

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Change of Address were served electronically on the following attorneys:

> Arthur R. Ehrlich
> Goldman & Ehrlich
> 19 South La Salle Street
> Suite 1500
> Chicago, IL  60603

On March 31, 2008.

                   s/ Jack M. Siegel

# 5235764_v1